IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONICA WOODS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 21-5622 |
| | : | |
| CACH, LLC | : | |

## **ORDER**

AND NOW, this 1st day of February, 2023, upon consideration of Defendant CACH, LLC's Motion for Judgment on the Pleadings (Document 11) and Plaintiff Monica Woods' Memorandum in Response, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.